912

No. 420. PACIFIC NATIONAL FIRE INSURANCE Co. *v.* MICKELSON, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 8th Cir. Certiorari denied. *Samuel Levin* for petitioner. *Charles A. Horsky* and *Robert L. Randall* for Mickelson, respondent.

No. 421. KOKOMO PAPER HANDLERS' UNION No. 34 ET AL. *v.* CUNEO PRESS, INC. C. A. 7th Cir. Certiorari denied. *Herbert S. Thatcher* for petitioners. *John K. Ruckelshaus* and *John C. O'Connor* for respondent.

No. 425. MACNEIL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Angus M. MacNeil, pro se. Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 4, Misc. HUNT *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 347. SUMMERFIELD, POSTMASTER GENERAL, ET AL. *v.* TOURLANES PUBLISHING Co. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Joseph Langbart* for petitioners. *Irving R. M. Panzer* for the Tourlanes Publishing Co., and *Josiah Lyman* and *Sophie B. Lyman* for Oakley et al., respondents.

No. 406. DISTRICT OF COLUMBIA *v.* WASHINGTON POST Co. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray, George C. Updegraff* and